# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH LARRY MOREAU, JR.** | **CIVIL ACTION NO. 6:18-0532** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ST. LANDRY PARISH FIRE DISTRICT NO. 3** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after a *de novo* review of the record, including the objections to the Report and Recommendation, and determining that the findings are correct under the applicable law,

IT IS ORDERED that Defendant's Motion to Dismiss [Doc No.4] is DENIED.

MONROE, LOUISIANA, this 21ST day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE