# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH LARRY MOREAU, JR.** | **CIVIL ACTION NO. 6:18-00532** |
| **VERSUS** | **JUDGE TERRY DOUGHTY** |
| **ST. LANDRY PARISH FIRE DISTRICT NO. 3, ET AL.** | **MAG. JUDGE WHITEHURST** |

## RULING

This is a lawsuit filed by Plaintiff Joseph Larry Moreau, Jr. ("Moreau") against St. Landry Fire Protection District No. 3 ("District 3") and the seven individual members of the Board of Commissioners (collectively "Defendants"). Moreau brought suit pursuant to 42 U.S.C. § 1983, contending that his civil rights were violated because he was terminated in retaliation for exercising his First Amendment rights.

Pending here is a Motion for Summary Judgment filed by Defendants seeking judgment dismissing any claim for injunctive relief that Moreau may be making [Doc. No. 40].

On July 29, 2019, Moreau filed a Response to the pending Motion for Summary Judgment in which he states that he has not sought injunctive relief and therefore Defendants motion should be denied as moot. [Doc. No. 53]. Accordingly, the Court will enter judgment denying Defendants' Motion for Summary Judgment as moot.

MONROE, LOUISIANA, this 31st day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE